RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attorney for Jobal Jay Livingston

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jobal Jay Livingston, <br><br>         Appellant, <br><br>     v. <br><br> United States of America, <br><br>         Appellee. | Case No. 2:23-cv-01277-APG-NJK <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jobal Livingston, that the current briefing schedule be vacated and extended as follows:

- Appellant's Opening Brief is due October 25, 2023.
- Appellee's Answering Brief is due November 30, 2023.
- Appellant's Reply Brief is due December 14, 2023.

This Stipulation is entered into for the following reasons:

1.     This is the first request for an extension of the briefing schedule.  The opening brief is currently due August 30, 2023.

2.     This case involves an appeal from a bench trial in which Mr. Livingston was found guilty of one count of disorderly conduct under 38 C.F.R. § 1.218.  Four witnesses testified at trial.  The parties also strongly disagreed about the proper interpretation of the regulation, which has little governing caselaw, and the sufficiency of the evidence presented at trial.  Given the relative complexity of this misdemeanor appeal, an extension of time for both parties' briefing is appropriate so the parties may sufficiently brief the issues.

3.     Mr. Livingston is out of custody and does not object to this stipulation.

4.     The parties agree to the extension.

DATED this 29th day of August, 2023.


RENE L. VALLADARES                         JASON M. FRIERSON
Federal Public Defender                       United States Attorney



By: *Benjamin F. J. Nemec*                    By: *Imani Dixon*
BENJAMIN F. J. NEMEC                       IMANI DIXON
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jobal Jay Livingston, | Case No. 2:23-cv-01277-APG-NJK |
| Appellant, | **ORDER** |
| v. | |
| United States of America, | |
| Appellee. | |

IT IS THEREFORE ORDERED that the current briefing schedule be vacated and modified as follows:

- Appellant's Opening Brief is due October 25, 2023.
- Appellee's Answering Brief is due November 30, 2023.
- Appellant's Reply Brief is due December 14, 2023.

_____

ANDREW P. GORDON, U.S. DISTRICT JUDGE
DATED: September 5, 2023

3