RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROHIT RAJAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rohit_Rajan@fd.org

Attorney for Jobal Jay Livingston

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jobal Jay Livingston,

           Appellant,

    v.

United States of America,

           Appellee.

Case No. 2:23-cv-01277-APG-NJK

**STIPULATION TO EXTEND BRIEFING SCHEDULE**
(Second Request)

      IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rohit Rajan, Assistant Federal Public Defender, counsel for Jobal Livingston, that the current briefing schedule be vacated and extended as follows:

- Appellant's Opening Brief is due November 15, 2023.
- Appellee's Answering Brief is due January 17, 2024.
- Appellant's Reply Brief is due January 31, 2024.

This Stipulation is entered into for the following reasons:

1.      This is the second request for an extension of the briefing schedule.  The opening brief is currently due October 25, 2023.

2.      This case involves an appeal from a bench trial in which Mr. Livingston was found guilty of one count of disorderly conduct under 38 C.F.R. § 1.218.  Four witnesses testified at trial.  The parties also strongly disagreed about the proper interpretation of the regulation, which has little governing caselaw, and the sufficiency of the evidence presented at trial.

3.      Given the relative complexity of this appeal, defense counsel needs a few more weeks to review the record and prepare the opening brief.  Defense counsel does not anticipate needing any further extensions of time for the opening brief.

4.      Mr. Livingston is out of custody and does not object to this stipulation.

5.      The parties agree to the extension.

DATED this 24th day of October, 2023.


RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender                     United States Attorney



By: *Rohit Rajan*                                  By: *Imani Dixon*
ROHIT RAJAN                                    IMANI DIXON
Assistant Federal Public Defender      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jobal Jay Livingston,<br><br>                Appellant,<br><br>   v.<br><br>United States of America,<br><br>                Appellee. | Case No. 2:23-cv-01277-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the current briefing schedule be vacated and modified as follows:

- Appellant's Opening Brief is due November 15, 2023.
- Appellee's Answering Brief is due January 17, 2024.
- Appellant's Reply Brief is due January 31, 2024.

IT IS SO ORDERED:

Dated: October 30, 2023

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3