JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702)  388-6138
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOBAL LIVINGSTON, | ) Case No.: 2:23-cv-01277-APG-NJK |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| UNITED STATES OF AMERICA, | ) (Third Request) |
| | ) |
| Appellee. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for

the United States of America, and Rohit Rajan, Assistant Federal Public Defender, counsel

for Defendant, that the current briefing schedule be vacated and extended as follows:

- Appellee's Answering Brief is due January 31, 2024.

- Appellant's Reply Brief is due February 14, 2024.

This stipulation is entered into for the following reasons:

1.      This is the third request for an extension of the briefing schedule. The

Appellee's Answering Brief is currently due January 17, 2024.

1

2.      The counsel for the government has an evidentiary hearing scheduled for January 8, 2024 and a bench trial scheduled for January 22, 2024. Counsel will need additional time to prepare the answering brief. The government does not anticipate needing any further extensions of time for it's answering brief.

3.      Mr. Livingston is out of custody and does not object to this stipulation.

3.      The parties agree to the extension.

5.      This is the third request for an extension of the briefing schedule.

DATED this 4th day of January, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/  Rohit Rajan_____                             /s/ Imani Dixon_____
ROHIT RAJAN, AFPD                         IMANI L. DIXON
Counsel for defendant                         Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOBAL JAY LIVINGSTON, | ) | Case No: 2: 23-cv-001277-APG-NJK |
| | ) | |
| Appellant, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the current brief schedule be vacated and modified as follows:

- Appellee's Answering Brief is due January 31, 2024.

- Appellant's Reply Brief is due February 14, 2024.

DATED this 11th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3